IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KENNETH CHERCH,                      )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )   CIVIL ACTION NO. 1:13-CV-586-TMH
                                     )              [WO]
OFFICER JIM MOCK, *et al.*,          )
                                     )
        Defendants.                  )

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This is a *pro se* 42 U.S.C. § 1983 action in which Plaintiff complains that Defendants

subjected him to an unlawful search and seizure on March 11, 2013.  Named as defendants

are Officer Jim Mock, Officer Tyler Hurst, Officer Vickers, and the Geneva City Police

Department. (*Doc. No. 1*.)

Upon review of the complaint, the court concludes that Plaintiff's claims against the

Geneva City Police Department are due to be dismissed prior to service pursuant to the

provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

**I. DISCUSSION**

The Geneva City Police Department is not a legal entity subject to suit or liability

under § 1983.  *See Dean v. Barber*, 951 F.2d 1210, 1214 (11th Cir. 1992).  In light of the

foregoing, the court concludes that Plaintiff's claims for relief against this defendant are

subject to dismissal as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).  *Id.*

## II.  CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that:

1.  Plaintiff's claims against the Geneva City Police Department be DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

2.  The Geneva City Police Department be DISMISSED as a party to this cause of action; and

3.  This case, with respect to the claims against the remaining defendants, be referred back to the undersigned for appropriate proceedings.

It is further

ORDERED that the parties are DIRECTED to file any objections to the Recommendation **on or before September 4, 2013**.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a *de novo* determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the

District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Sec., Inc.*, 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

Done this 21st day of August, 2013.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE