IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH CHERCH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:13-CV-586-TMH ) |
| OFFICER JIM MOCK, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. 4) of the Magistrate Judge is ADOPTED;

2. Plaintiff's claims against the Geneva City Police Department are DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3. The Geneva City Police Department is DISMISSED as a party to this cause of action; and

4. This case, with respect to the claims against the remaining defendants, is referred back to the Magistrate Judge for appropriate proceedings.

Done this 16th day of October, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE