IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH CHERCH, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:13-CV-586-WHA |
| | ) [WO] |
| OFFICER JIM MOCK, *et al.*, | ) |
| Defendants. | ) |

## **OPINION and ORDER**

On August 26, 2016, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Doc. 38. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case be and is hereby DISMISSED as follows:

1. Defendants' motions for summary judgment (Doc. 33) is GRANTED;

2. This case is DISMISSED with prejudice.

Final Judgment will be entered in favor of Defendants.

Done, this  19th   day of September,  2016.

                      /s/  W. Harold Albritton
                      SENIOR UNITED STATES DISTRICT JUDGE